THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM D. CARACELLI, Appellant.

Submitted October 5, 1955; decided November 17, 1955.

*William D. Caracelli,* appellant in person.

*T. Vincent Quinn, District Attorney (Benj. J. Jacobson* of counsel), for respondent.

Orders reversed, with the direction that appellant be returned to the County Court, Queens County, to be resentenced as a first offender, upon the ground that it does not sufficiently appear that the crime to which appellant pleaded guilty in New Jersey would have been a felony if committed in this State. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.